1  XAVIER BECERRA
   Attorney General of California
2  ANGELA SIERRA
   Senior Assistant Attorney General
3  SATOSHI YANAI
   Supervising Deputy Attorney General
4  SARAH E. BELTON
   LISA C. EHRLICH
5  LEE SHERMAN (SBN 272271)
   Deputy Attorneys General
6    300 S. Spring St., Suite 1702
     Los Angeles, CA  90013
7    Telephone:  (213) 269-6404
     Fax:  (213) 879-7605
8    E-mail:  Lee.Sherman@doj.ca.gov
   *Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ex rel, XAVIER BECERRA, in his official capacity as Attorney General of the State of California,**<br><br>Plaintiff,<br><br>v.<br><br>**JEFFERSON B. SESSIONS, in his official capacity as Attorney General of the United States; ALAN R. HANSON, in his official capacity as Acting Assistant Attorney General; UNITED STATES DEPARTMENT OF JUSTICE; and DOES 1-100,**<br><br>Defendants. | Case No. 17-cv-4701<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF STATE OF CALIFORNIA'S AMENDED MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:          December 13, 2017<br>Time:         2 p.m.<br>Dept:          2<br>Judge:        Honorable William H. Orrick<br>Trial Date:  None Set<br>Action Filed: 8/14/2017 |

1   On November 7, 2017, Plaintiff State of California, ex rel. Xavier Becerra, California

2   Attorney General ("the State" or "California") filed an Amended Motion for Preliminary

3   Injunction ("Motion") and a hearing on the Motion was held on Wednesday, December 13, 2017

4   at 2:00 p.m.

5   The Court has considered the Motion and documents filed therewith, all of the papers on

6   file in this action, and the evidence and arguments presented at the hearing, and hereby GRANTS

7   California's Motion.  The Court finds that each of the necessary elements for issuing a

8   preliminary injunction are met.  In particular, the Court finds that California is likely to prevail on

9   the merits of its claims; absent a preliminary injunction, California would be likely to suffer an

10  irreparable injury in the form of constitutional, community, and economic injury; the balance of

11  the equities favors California; and the requested relief is in the public interest.

**PRELIMINARY INJUNCTION**

13  Now, therefore, it is hereby ORDERED that:

14  Defendants Jefferson B. Sessions, in his official capacity as Attorney General of the United

15  States, Alan R. Hanson, in his official capacity as Assistant Attorney General of the United

16  States, and the United States Department of Justice, and their officers, agents, servants,

17  employees, and attorneys, and any other persons who are in active concert or participation with

18  them, ARE HEREBY RESTRAINED AND ENJOINED from committing, or performing,

19  directly and indirectly, any and all of the following acts:  Requiring compliance with 8 U.S.C. §

20  1373 ("Section 1373") as a condition for the State and its political subdivisions to receive funding

21  pursuant to the Edward Byrne Memorial Justice Assistance Grant ("JAG") program.

22  It is further ORDERED that Defendants and their officers, agents, servants, employees, and

23  attorneys, and any other persons who are in active concert or participation with them, ARE

24  HEREBY RESTRAINED AND ENJOINED from withholding, terminating, or clawing back

25  funding from, or disbarring or making ineligible, the State and its political subdivisions for JAG

26  or Community Oriented Policing Service grants based on an interpretation of Section 1373 as

27  applied to California Government Code Sections 7282 *et seq.* (the "TRUST Act") (chaptered Oct.

28  5, 2017), 7283 *et seq.* (the "TRUTH Act"), or 7284 *et seq.* (the "California Values Act")

(chaptered Oct. 5, 2017); California Penal Code Sections 422.93, 679.10, or 679.11; California Code of Civil Procedure Section 155; or California Welfare and Institutions Code Sections 827 or 831.

The State has demonstrated a likelihood of success on its claim that these statutes comply with Section 1373 as lawfully interpreted and/or Section 1373 cannot be constitutionally enforced as to these statutes.

Dated: _____                    _____
                                               The Honorable William H. Orrick