Xavier Becerra
Attorney General of California
Angela Sierra
Senior Assistant Attorney General
Satoshi Yanai
Supervising Deputy Attorney General
Sarah E. Belton
Lisa C. Ehrlich
Lee Sherman (SBN 272271)
Deputy Attorneys General
  300 S. Spring St., Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6404
  Fax:  (213) 879-7605
  E-mail:  Lee.Sherman@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ex rel, XAVIER BECERRA, in his official capacity as Attorney General of the State of California,**<br><br>                    Plaintiff,<br><br>                v.<br><br>**JEFFERSON B. SESSIONS, in his official capacity as Attorney General of the United States; ALAN R. HANSON, in his official capacity as Acting Assistant Attorney General; UNITED STATES DEPARTMENT OF JUSTICE; and DOES 1-100,**<br><br>                    Defendants. | Case No. 17-cv-4701<br><br>**STIPULATION AND ORDER RE SCHEDULING MATTERS**<br><br><br>Dept:      2<br>Judge:     Honorable William H. Orrick<br>Trial Date:  None Set<br>Action Filed:  8/14/2017 |

1 | WHEREAS, Plaintiff and Defendants have met and conferred regarding the scheduling for
2 | the Plaintiff's Amended Motion for Preliminary Injunction, and Defendants' responsive pleading
3 | to Plaintiff's First Amended Complaint to address deadlines that are scheduled around the
4 | upcoming holidays;

WHEREAS, the parties hereby stipulate that the parties will follow the below schedule for the filing and briefing of the Amended Motion for Preliminary Injunction, as well as Defendants' responsive pleading, and respectfully request that the Court so order.

<u>Briefing Schedule for Plaintiff's Amended Motion for Preliminary Injunction</u>:

- Tuesday, November 7, 2017: Deadline for Plaintiff to file Amended Motion for Preliminary Injunction
- Wednesday, November 22, 2017: Deadline for Defendants' Opposition
- Friday, December 1, 2017: Deadline for Plaintiff's Reply
- Wednesday, December 13, 2017: Hearing Date

<u>Briefing Schedule for Defendants' Responsive Pleading to First Amended Complaint</u>:

- Tuesday, December 19, 2017: Deadline for Defendants to file a Responsive Pleading
- Tuesday, January 9, 2017: Deadline for Plaintiff's Opposition
- Friday, January 19, 2018: Deadline for Defendants' Reply
- Wednesday, January 31, 2018: Hearing Date

Dated: November 8, 2017　　　　　　　　　　　Respectfully submitted,

ANGELA SIERRA　　　　　　　　　　　　　　　CHAD A. READLER
Senior Assistant Attorney General　　　　　　Acting Assistant Attorney General
SATOSHI YANAI　　　　　　　　　　　　　　　BRIAN STRETCH
Supervising Deputy Attorney General　　　　United States Attorney
SARAH E. BELTON
LISA C. EHRLICH　　　　　　　　　　　　　　JOHN R. TYLER
Deputy Attorneys General　　　　　　　　　　Assistant Director

/s/ Lee Sherman　　　　　　　　　　　　　　/s/ Antonia Konkoly

LEE SHERMAN　　　　　　　　　　　　　　　ANTONIA KONKOLY
LISA C. EHRLICH　　　　　　　　　　　　　　W. SCOTT SIMPSON
Deputy Attorneys General　　　　　　　　　　Attorneys
*Attorneys for Plaintiff*　　　　　　　　　　　Federal Programs Branch
*State of California*　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: November 13, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Judge William H. Orrick
　　　　　　　　　　　　　　　　　　　United States District Court Judge