UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel. XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON B. SESSIONS, in his official capacity as Attorney General of the United States, ALAN HANSON, Acting Assistant Attorney General, and United States Department of Justice,<br><br>Defendants. | CASE NO. 3:17-cv-04701-WHO<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE BY THE AMERICAN CIVIL LIBERTIES UNION FOUNDATION ET AL.** |

The Court hereby **GRANTS** the Administrative Motion for Leave to File Amicus Brief by the American Civil Liberties Union Foundation, American Civil Liberties Union Foundation of Northern California, and the National Immigrant Justice Center in the above captioned case.

**IT IS SO ORDERED.**

Dated: November ___, 2017

                                          Hon. William H. Orrick
                                          United States District Court Judge