1   XAVIER BECERRA
    Attorney General of California
2   ANGELA SIERRA
    Senior Assistant Attorney General
3   SATOSHI YANAI
    Supervising Deputy Attorney General
4   SARAH E. BELTON
    LISA C. EHRLICH
5   LEE SHERMAN (SBN 272271)
    Deputy Attorneys General
6     300 S. Spring St., Suite 1702
      Los Angeles, CA  90013
7     Telephone:  (213) 269-6404
      Fax:  (213) 879-7605
8     E-mail:  Lee.Sherman@doj.ca.gov
    *Attorneys for Plaintiff State of California*
9

10                  IN THE UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

| | |
|---|---|
| **STATE OF CALIFORNIA, ex rel, XAVIER BECERRA, in his official capacity as Attorney General of the State of California,**<br><br>Plaintiff,<br><br>v.<br><br>**JEFFERSON B. SESSIONS, in his official capacity as Attorney General of the United States; ALAN R. HANSON, in his official capacity as Principal Deputy Assistant Attorney General; UNITED STATES DEPARTMENT OF JUSTICE; and DOES 1-100,**<br><br>Defendants. | Case No. 17-cv-4701<br><br>**STIPULATION AND ORDER RE SCHEDULING MATTERS**<br><br><br>Dept:        2<br>Judge:       Honorable William H. Orrick<br>Trial Date:  December 10, 2018<br>Action Filed:  August 14, 2017 |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    WHEREAS, Defendants are currently required to respond to Plaintiff's First Amended

2   Complaint on December 19, 2017;

3    WHEREAS, on December 1, 2017, the parties in the related case *City and County of San*

4   *Francisco v. Sessions*, No. 17-cv-4642, filed a Stipulation and [Proposed] Order to Set Upcoming

5   Deadlines in that case, ECF No. 59;

6    WHEREAS, in the interest of judicial economy, Plaintiff and Defendants have met and

7   conferred regarding the scheduling for the Defendants' responsive pleading to Plaintiff's First

8   Amended Complaint and the discovery schedule to align with the briefing and discovery schedule

9   agreed to by the parties in *City and County of San Francisco v. Sessions*;

10    WHEREAS, the parties hereby stipulate that the parties will follow the below schedule for

11   the filing and briefing of the Defendants' responsive pleading and the discovery schedule, and

12   respectfully request that the Court so order.

13   Briefing Schedule for Defendants' Responsive Pleading and Discovery Issues:

14   • Tuesday, January 16, 2018: Deadline for Defendants' response to Plaintiff's Amended

15     Complaint

16   • Wednesday, February 28, 2018: Hearing Date for Defendants' response to Plaintiff's

17     Amended Complaint

18   • Tuesday, July 31, 2018: Close of Fact Discovery

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Stipulation and Order re Scheduling (17-cv-4701)

1

2
Dated:  December 1, 2017                          Respectfully submitted,

3
ANGELA SIERRA                                     CHAD A. READLER
Senior Assistant Attorney General                Principal Deputy Assistant Attorney General

4
SATOSHI YANAI                                     BRIAN STRETCH
Supervising Deputy Attorney General              United States Attorney
SARAH E. BELTON

5
LISA C. EHRLICH                                   JOHN R. TYLER
Deputy Attorneys General                          Assistant Director

6

7
/s/ Lee Sherman                                   /s/ W. Scott Simpson

8
LEE SHERMAN                                       ANTONIA KONKOLY
Deputy Attorney General                           W. SCOTT SIMPSON
Attorneys for Plaintiff                           Attorneys

9
State of California                               Federal Programs Branch

10
                                                  U.S. Department of Justice
                                                  Attorneys for Defendants

11

12
PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14

15
Dated:  December 4, 2017

16
                                                  Judge William H. Orrick
                                                  United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order re Scheduling (17-cv-4701)