CHAD A. READLER
Principal Deputy Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
ANTONIA KONKOLY
Trial Attorney
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone:    (202) 514-3495
Facsimile:    (202) 616-8470
E-mail:       scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
 *(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel. XAVIER BECERRA, Attorney General of the State of California,<br><br>Plaintiff,<br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 3:17-cv-04701-WHO<br><br>**DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO NOTICE OF ADMINISTRATIVE ACTION** |

Defendants respectfully submit the following reply to plaintiff's Response to Defendants' Notice of Administrative Action (Dkt. No. 67):

1. In awarding a grant to California under the COPS Anti-Methamphetamine Program ("CAMP"), the USDOJ Office of Community Oriented Policing Services ("COPS Office") noted that the Office of Justice Programs ("OJP") was inquiring into the grantee's compliance with 8 U.S.C. § 1373 and that the grantee would be unable to obligate or draw down funds until that

inquiry is resolved.  Plaintiff complains that that inquiry relates to a state agency other than the agency "responsible for administering COPS funds."  The OJP inquiry, however, addresses whether Section 1373 is violated by the California Values Act, which applies to *all* state agencies. *See* Declaration of Alan R. Hanson ¶¶ 13-15 & Exs. F, G (Dkt. No. 42-1); Cal. Gov't Code §§ 7284-7284.12.

    2.  The COPS Office's letter notifying California of its CAMP award was dated November 16, 2017, and stated that the grantee needed to accept the award within 90 days from the date of the letter.  Plaintiff complains that it did not receive the letter until December 4,[1] creating "confusion" as to the deadline for acceptance.  The award letter and the accompanying "Award Terms and Conditions," however, cited the "2017 CAMP Award Owner's Manual," which states that grantees needing more than 90 days to accept an award may submit a request for extension, "explain[ing] the circumstances that prevent [the] agency from signing the award document within the 90-day period and identify[ing] the date by which the award document will be electronically signed."  *See* 2017 COPS Anti-Methamphetamine Program (CAMP) Award Owner's Manual at 34, *available at* https://cops.usdoj.gov/pdf/2017AwardDocs/camp/AOM.pdf. The pendency of California's compliance with Section 1373 would likely justify such an extension.

Dated:  December 11, 2017

                                             Respectfully submitted,

                                             CHAD A. READLER
                                             Principal Deputy Assistant Attorney General

                                             BRIAN STRETCH
                                             United States Attorney

                                             JOHN R. TYLER
                                             Assistant Director

---

[1] The COPS Office's usual practice is to date the award letters as of when it makes the grant decisions internally and obligates the funds.  The 2017 CAMP awards "remain[ed] pending" as of November 21, 2017, because the Office had not yet announced the awards.  *See* Declaration of Andrew A. Dorr ¶ 12 (Dkt. No. 42-2).

2

Defs' Reply - Notice of Admin. Action
No. 3:17-cv-4701-WHO

/s/ W. Scott Simpson

---

W. SCOTT SIMPSON (Va. Bar #27487)

ANTONIA KONKOLY
Trial Attorney

Attorneys, Department of Justice
Civil Division, Room 7210
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone:   (202) 514-3495
Facsimile:    (202) 616-8470
E-mail:         scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS
JEFFERSON B. SESSIONS III, Attorney General of the United States; ALAN R. HANSON, Principal Deputy Assistant Attorney General; and U.S. DEPARTMENT OF JUSTICE

Defs' Reply - Notice of Admin. Action
No. 3:17-cv-4701-WHO