1  XAVIER BECERRA
   Attorney General of California
2  ANGELA SIERRA
   Senior Assistant Attorney General
3  SATOSHI YANAI
   Supervising Deputy Attorney General
4  SARAH BELTON
   LISA C. EHRLICH
5  LEE SHERMAN
   Deputy Attorneys General
6  State Bar No. 272271
    1515 Clay Street, 20th Floor
7   P.O. Box 70550
    Oakland, CA  94612-0550
8   Telephone:  (213) 269-6404
    Fax:  (213) 879-7605
9   E-mail:  Lee.Sherman@doj.ca.gov
   *Attorneys for Plaintiff State of California*

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15 | |
| **STATE OF CALIFORNIA, ex rel, XAVIER BECERRA, in his official capacity as Attorney General of the State of California,** | Case No.  17-cv-4701 |
| 16 | |
| 17 | **PLAINTIFF STATE OF CALIFORNIA'S NOTICE OF EFFECTIVE DATE OF CALIFORNIA VALUES ACT AND AMENDED TRUST ACT** |
| Plaintiff, | |
| 18 | |
| 19  **v.** | Courtroom:    2 |
| | Judge:          Honorable William H. Orrick |
| 20  **JEFFERSON B. SESSIONS, in his official capacity as Attorney General of the United States; ALAN R. HANSON, in his official capacity as Principal Deputy Acting Assistant Attorney General; UNITED STATES DEPARTMENT OF JUSTICE; and DOES 1-100,** | Trial Date:   December 10, 2018 |
| | Action Filed:  August 14, 2017 |
| 21 | |
| 22 | |
| 23 | |
| 24              Defendants. | |

25

26

27

28

PLEASE TAKE NOTICE that on January 4, 2018, the California Values Act, California Government Code section 7284 *et seq.*, and amendments to the TRUST Act, California Government Code section 7282 *et seq.*, officially took effect and became the law of the State.  In their opposition to the State's Amended Motion for Preliminary Injunction, Defendants argued that the State's claim seeking declaratory relief on the Values Act was unripe, in part, because of a proposed petition for referendum on Senate Bill 54 ("SB 54"), which established the Values Act and amended the TRUST Act, that was presented to the State on October 17.  ECF No. 42 at 17-18.  The proponents of the petition for referendum had until January 3, 2018 to submit signatures of 365,880 registered voters to county election offices in the State, which would have further delayed the effective date of the laws until they were voted on by the state's electorate.  *See* Cal. Const. art. II, § 8(b); Cal. Elec. Code § 9014(c).  The county offices then had eight business days, until January 16, 2018, to report the raw count of signatures they received to the California Secretary of State, at which point, the Secretary of State was able to make a determination on the status of the petition.  Cal. Elect. Code § 9030(b).

On January 17, 2018, the Office of the Secretary of State announced that it did not receive the requisite number of signatures in support of the petition for referendum challenging SB 54.  Second Supp. RJN, Ex. A.  Accordingly, per the California Constitution, the Values Act and the amended TRUST Act went into effect on January 4, 2018.  *See* Cal. Const., art. IV, § 8(c)(2).  The effectiveness of the Values Act and the Amended TRUST Act, therefore, does not "rest[] upon contingent future events that may not occur as anticipated, or indeed may not occur at all."  ECF No. 42 at 18 (quoting *Texas v. U.S.*, 523 U.S. 296, 300 (1998)).

1

1  Dated:  January 18, 2018                    Respectfully submitted,

2                                              ANGELA SIERRA
                                               Senior Assistant Attorney General
3                                              SATOSHI YANAI
                                               Supervising Deputy Attorney General
4                                              SARAH BELTON
                                               LISA C. EHRLICH
5                                              Deputy Attorneys General

6                                              */s/ Lee Sherman*

7                                              LEE SHERMAN
                                               Deputy Attorney General
8                                              *Attorneys for Plaintiff*
                                               *State of California*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff State of California's Notice of Effective Date of California Values Act and Amended TRUST Act
(17-cv-4701)