CHAD A. READLER
Acting Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
LAURA A. HUNT
ANTONIA KONKOLY
DANIEL D. MAULER
Trial Attorneys
Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:     (202) 514-3495
Facsimile:      (217) 492-4888
E-mail:          scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel. XAVIER BECERRA, Attorney General of the State of California,<br><br>Plaintiff,<br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING USE OF DEPOSITION TRANSCRIPT FROM *UNITED STATES v. CALIFORNIA***<br><br>No. 3:17-cv-04701-WHO |

WHEREAS, this Court has ruled that the plaintiff may submit a declaration from Dr. Tom Wong that contains opinion testimony in connection with plaintiff's motion for summary judgment and that the defendants may depose Dr. Wong no later than July 23, 2018 (Dkt. No. 119);

1    WHEREAS, Dr. Wong provided a declaration in *United States v. California*, Case 2:18-at-00264 (E.D. Cal.), and the United States deposed Dr. Wong in that action;

WHEREAS, the declaration provided by Dr. Wong in this action (Dkt. No. 116-4) is similar to the declaration he provided in *United States v. California*;

WHEREAS, portions of Dr. Wong's deposition in *United States v. California* were designated as confidential pursuant to the parties' Stipulated Protective Order entered in that case on April 12, 2018 (ECF No. 53) (*United States. v. California* Protective Order);

WHEREAS, paragraph 10(b) of the *United States v. California* Protective Order provides that the limitations and restrictions on "Confidential Information" shall not apply with respect to information "If the person to whom the information refers has the legal authority to allow the nonconfidential treatment of the information and has affirmatively consented to such non-confidential treatment, and either parties' counsel has stated in writing to the other party that it has received such consent;"

WHEREAS, Dr. Wong has consented to the use of his deposition transcript from *U.S. v. California* to be used in this case so long as the portions of that deposition transcript designated "Confidential" pursuant to the *United States v. California* Protective Order are designated as "Confidential" pursuant to the Protective and 502(d) Order entered in this case on May 14, 2018 (ECF No. 105) (*California v. Sessions* Protective Order);

AND WHEREAS, counsel for California has informed counsel for the United States in *United States v. California* in writing that it has received Dr. Wong's consent to use of his deposition transcript in this case in the manner described above;

NOW THEREFORE, in lieu of conducting a deposition of Dr. Wong in connection with the parties' motions for summary judgment in this action, the parties stipulate that the Court may consider the transcript of Dr. Wong's testimony during his deposition in *United States v. California* with the same portions of the deposition transcript designated as "Confidential" pursuant to the *United States v. California* Protective Order being designated as "Confidential" pursuant to the *California v. Sessions* Protective Order. The Parties respectfully request that the Court so order.

Respectfully submitted,

| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California | CHAD A. READLER<br>Acting Assistant Attorney General |
| SATOSHI YANAI<br>Supervising Deputy Attorney General | ALEX G. TSE<br>Acting United States Attorney |
| /s/ Lisa C. Ehrlich | JOHN R. TYLER<br>Assistant Director |
| SARAH E. BELTON<br>LISA C. EHRLICH<br>LEE SHERMAN (SBN 272271)<br>Deputy Attorneys General<br>300 S. Spring St., Suite 1702<br>Los Angeles, CA 90013<br>Telephone:   (213) 269-6404<br>Fax:              (213) 879-7605<br>E-mail:        Lee.Sherman@doj.ca.gov | /s/ W. Scott Simpson<br><br>W. SCOTT SIMPSON (Va. Bar #27487)<br>Senior Trial Counsel<br><br>LAURA A. HUNT<br>ANTONIA KONKOLY<br>DANIEL D. MAULER<br>Trial Attorneys |
| COUNSEL FOR PLAINTIFF<br><br>STATE OF CALIFORNIA, ex rel. XAVIER BECERRA | Department of Justice, Civil Division<br>318 South Sixth Street, Room 244<br>Springfield, Illinois 62701<br>Telephone:   (202) 514-3495<br>Facsimile:    (217) 492-4888<br>E-mail:         scott.simpson@usdoj.gov<br>COUNSEL FOR DEFENDANTS<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States; ALAN R. HANSON, Principal Deputy Assistant Attorney General; and U.S. DEPARTMENT OF JUSTICE |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2018

_____
United States District Judge

## ATTESTATION OF SIGNATURES

I, W. Scott Simpson, hereby attest, pursuant to Local Civil Rule 5-1(*i*)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
COUNSEL FOR DEFENDANTS