1  XAVIER BECERRA
   Attorney General of California
2  MICHAEL L. NEWMAN
   Senior Assistant Attorney General
3  SATOSHI YANAI
   Supervising Deputy Attorney General
4  SARAH E. BELTON
   LEE SHERMAN (SBN 272271)
5  Deputy Attorneys General
    300 S. Spring St., Suite 1702
6   Los Angeles, CA  90013
    Telephone: (213) 269-6404
7   Facsimile:  (213) 879-7605
    E-mail:  Lee.Sherman@doj.ca.gov
8  *Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ex rel, XAVIER BECERRA, in his official capacity as Attorney General of the State of California,**<br><br>Plaintiff,<br><br>v.<br><br>**JEFFERSON B. SESSIONS, in his official capacity as Attorney General of the United States, *et al.*,**<br><br>Defendants. | 3:17-cv-04701-WHO<br><br>**ORDER GRANTING PLAINTIFF STATE OF CALIFORNIA'S UNOPPOSED ADMINISTRATIVE MOTION TO SHORTEN TIME FOR HEARING AND TO SET EXPEDITED BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO ALTER OR AMEND JUDGMENT AND ORDER**<br><br>Judge:          Honorable William H. Orrick<br>Trial Date:     January 28, 2019<br>Action Filed: August 14, 2017 |

Pursuant to N.D. Cal. Civil Local Rules 6-3 and 7-11, Plaintiff State of California filed an unopposed administrative motion to shorten time for the Court to hear Defendants' Motion to Alter or Amend Judgment and Order of October 5, 2018, ECF No. 139, and to expedite the briefing schedule on Defendants' Motion.

Having considered Plaintiff's Administrative Motion to Shorten Time and supporting declaration and documents, and good cause appearing therefore,

1

IT IS HEREBY ORDERED that Plaintiff's Administrative Motion is GRANTED. Plaintiff shall file any opposition to Defendants' Motion on or before October 18, 2018, and Defendants shall file any reply on or before October 23, 2018. The Court will advance the November 28, 2018 hearing date to October 26, 2018, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:  October 15, 2018

The Honorable William H. Orrick
United States District Judge

2

[Proposed] Order Granting Pl.'s Unopposed Admin. Mot. to Shorten Time for Hr'g and to Set Expedited Briefing Schedule  (3:17-cv-04701-WHO)