JOSEPH H. HUNT
Assistant Attorney General
ALEX G. TSE
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:   (202) 514-3495
Facsimile:    (217) 492-4888
E-mail:         scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

MATTHEW G. WHITAKER, Acting Attorney General of the United States; MATT M. DUMMERMUTH, Principal Deputy Assistant Attorney General; and U.S. DEPARTMENT OF JUSTICE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *ex rel*. XAVIER BECERRA, Attorney General of the State of California,<br><br>Plaintiff,<br>v.<br>MATTHEW G. WHITAKER,[1] Acting Attorney General of the United States, *et al*.,<br><br>Defendants. | No. 3:17-cv-04701-WHO<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that the defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Amended Judgment and Order dated November

---

[1] Matthew G. Whitaker is substituted for Jefferson B. Sessions III as a defendant herein pursuant to Federal Rule of Civil Procedure 25(d).

Defendants' Notice of Appeal
No. 3:17-cv-04701-WHO

20, 2018 (Docket No. 154), and from all earlier rulings and interlocutory orders on which the Amended Judgment and Order was based or that merged into it.

Dated: December 3, 2018

                            Respectfully submitted,

                            JOSEPH H. HUNT
                            Assistant Attorney General

                            ALEX G. TSE
                            United States Attorney

                            JOHN R. TYLER
                            Assistant Director

                            /s/ W. Scott Simpson
                            _____
                            W. SCOTT SIMPSON (Va. Bar #27487)

                            Department of Justice, Civil Division
                            318 South Sixth Street, Room 244
                            Springfield, Illinois 62701
                            Telephone:   (202) 514-3495
                            Facsimile:   (217) 492-4888
                            E-mail:      scott.simpson@usdoj.gov

                            COUNSEL FOR DEFENDANTS

                            MATTHEW G. WHITAKER, Acting Attorney General of the United States; MATT M. DUMMERMUTH, Principal Deputy Assistant Attorney General; and U.S. DEPARTMENT OF JUSTICE